**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LOUIS MEDLEY, : | |
|     Plaintiff : | |
| : | CASE NO. 1:15-CV-01261 |
| v. : | |
| : | |
| UNITED STATES OF AMERICA, : | |
|     Defendant : | |

*O R D E R*

AND NOW, this 19th day of July, 2016, upon a *de novo* review of Chief Magistrate Judge Carlson's Report, IT IS ORDERED that:

(1) Judge Carlson's Report (Doc. 33) is ADOPTED.

(2) The parties' objections (Docs. 40 & 44) are OVERRULED.

(3) The Government's motion (Doc. 17) to dismiss or, in the alternative, for summary judgment is GRANTED in part and DENIED in part.

(4) The case is REMANDED to Judge Carlson.

                                          /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge